UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Timothy Ralph Nordskog,                                           Civil 07-3634 MJD/FLN

      Petitioner,

v.                                                                                      O R D E R

Warden of Federal Medical
Center-Rochester,

      Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 14, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus [#1] is DENIED, and this case is dismissed without prejudice.

DATED: March 14, 2008.                s/Michael J. Davis
at Minneapolis, Minnesota          JUDGE MICHAEL J. DAVIS
                                                 United States District Court